Opinion approved by the court.

## Fritz FUNDERBURGH v. STATE.
### No. 25827.

Court of Criminal Appeals of Texas.
March 26, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

BEAUCHAMP, Judge.

The offense is burglary; the punishment, 2 years confinement in the penitentiary.

Accompanying the record is an affidavit in proper form executed by appellant requesting the dismissal of the appeal.

Appellant's request is granted, and the appeal is dismissed.